# Government Exhibit 1
# (Lakewood Police Report)

# INCIDENT/INVESTIGATION REPORT

## Incident Data

| Field | Value |
|---|---|
| Agency Name | Lakewood Police Department |
| ORI | OH0182600 |
| Case # | 23-003654 |
| Date / Time Reported | 10/30/2023 04:36 Mon |
| Last Known Secure | 10/30/2023 04:36 Mon |
| At Found | 10/30/2023 04:36 Mon |
| Location of Incident | 11816 S LANE DR, Lakewood OH 44107 |
| Gang Relat | |
| Premise Type | Street |
| Zone/Beat | 100 |

### Crime Incidents

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #1 | Trafficking In Drugs 2925.03 (Com) | Handgun | | | | C, P, O |
| #2 | Possession Of Drugs 2925.11 (Com) | Handgun | | | | P, O, C |
| #3 | Drug Paraphernalia 2925.14 (Com) | Handgun | | | | O, C, P |

## MO

## Victim

# of Victims: 1  Type: SOCIETY/PUBLIC  Injury:

| | Victim/Business Name | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Ohio | 1, 2, | | | | | | |

Home Address:
Email:
Home Phone:
Employer Name/Address:
Business Phone:
Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## Others Involved

CODES: V- Victim (Denote V2, V3)  WI = Witness  IO = Involved Other  RP = Reporting Person (if other than victim)

Type: BUSINESS  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | PV HOLDING CO, | | | | | | | |

Home Address: 3801 INTERNATIONAL WY COLUMBUS, OH 43219
Business Phone: 614-235-8691

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | SCAGGS, CASSIE ERIN | | [REDACTED] | [REDACTED] | [REDACTED] | | Not Report | |

Home Address: [REDACTED]
Home Phone: [REDACTED]
Employer Name/Address: NONE (STAY AT HOME MO)

## Property

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Stolen  6 = Seized  7 = Recovered  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 6 | $0.00 | | 1 | DRUG/NARCOTIC EQUIPMENT | | |
| 1 | 44 | EVID | $0.00 | | 1 | FIREARMS | 40/GLOCK/G27 | BUWL387 |
| | 36 | UNKN | $0.00 | | 1 | 2023 GRAY, KBF3613 OH | DODG Durango | 1C4RDJDG6PC597186 |

## Status

Officer/ID#: BILLMAN, R. J. (1156)
Invest ID#: ROMANELLO, G. L. (1096)
Supervisor: LAVELLE, R. A. (1117)
Complainant Signature:
Case Status: Open  11/02/2023
Case Disposition: Investigation Pending  11/02/2023
Page 1

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| *# 4* | CARRYING CONCEALED WEAPONS | | *2923.12* | *Com* |
| *# 5* | HAVING WEAPONS WHILE UNDER DISABILITY | | *2923.13* | *Com* |
| *# 6* | *IMPROPERLY HANDLING FIREARMS IN A MOTOR* | | *2923.16* | *Com* |
| *# 7* | POSSESSING CRIMINAL TOOLS | | *2923.24* | *Com* |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| **D R U G S** | D09 | 6 | *19.360* | *GM* | *"CRACK" COCAINE* | |
| | D01 | 6 | *10.240* | *GM* | *HEROIN* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Stolen  6 = Seized  7 = Recovered  8 = Unknown

Assisting Officers

*IVANOVIC, N.E. (1163), MAURER, E.P. (1109), DULIK, M.J. (1162), RUSSELL, D.D. (1167), COOPER, D.W. (1175), TORRES, E.X. (1164), VEGA, M.M. (1180), JOHNSON, K.M. (1140), LAVELLE, R.A. (1117)*

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 23-003654     *Lakewood Police Department*

**N A R R A T I V E**

On 10/30/2023, at approximately 0436 hours, I conducted a traffic stop on a motor vehicle on Coutant Ave near Davis Court.

# REPORTING OFFICER NARRATIVE

| Lakewood Police Department | | OCA 23-003654 |
|---|---|---|
| Victim *Society* | Offense *TRAFFICKING IN DRUGS* | Date / Time Reported *Mon 10/30/2023 04:36* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 10/30/2023, at 0436 hours, I was in marked patrol car 217 patrolling N/B on W117th Street near Detroit Avenue when I observed a dark gray Dodge Durango stopped at the red light waiting to turn west onto Detroit Ave. I was not able to see the rear plate on the vehicle due to a tinted cover over the plate. I followed the vehicle as it turned W/B onto Detroit Avenue, then N/B onto Hird Avenue. The vehicle then entered S Lane Dr, of the Lakewood Club Apartments. Based off my previous experiences, I knew this area to be a high crime and drug area. I drove past the vehicle and parked in the western parking lot of Sapells, to observe the exit of Lakewood Club Apartment.

I searched the Flock cameras for Dodge Durangos that hit within the last 20 minutes. At 0417 hours, a Dodge Durango hit at Detroit Ave at W 117th St W/B, but the Flock camera was unable to read the plate. After looking at the Flock hit, I determined the Ohio RP on the Dodge to be KBF3613. I then checked the plate (KBF 3613), I saw on the Durango from the Flock hit, through LEADS. The plate listed to a 2023 Dodge Durango registered B- PV HOLDING CORPS. Based on my training and experience, I know those engaged in criminal activity commonly use rental cars in an attempt to go undetected on the roadways, and also attempt to conceal their plates from being observed.

PTL IVANOVIC was in marked patrol car 203 and was observing the Dodge from the North lot of Value World at 11900 Detroit Avenue. PTL IVANOVIC observed the Dodge near 11840 S Lane Drive with its headlights on and facing W/B. PTL IVANOVIC then observed the Dodge begin to drive E/B towards Hird Ave, and then lost sight of him.

The Dodge was in the Lakewood Club Apartments area for approximately 4-5 minutes, upon exiting it turned S/B onto Hird Avenue from S Lane Drive, and failed to yield to the sidewalk. I activated my overhead lights and initiated the traffic stop on Coutant Ave south of Detroit Avenue. The Dodge continued to slowly drive S/B on Coutant Ave for an additional 200 feet, even though there were open spots to pull over to the right. PTL IVANOVIC was directly behind me when I initiated the traffic stop

I approached the front driver`s door as PTL IVANOVIC approached the front passenger`s door. I advised the driver, later identified as OF- MITCHIRAL SMITH, of the reason for the traffic stop. When asked SMITH provided an Ohio driver`s license, based on the BMV photo I was unsure if the Ohio driver`s license SMITH provided was in fact him. I asked SMITH if he had a gun in the vehicle, to which SMITH replied "NO". I asked SMITH about his travels, and said he was visiting his aunt at the apartments. SMITH then said that she came out to his car to say "hello", then he left.

In checking SMITH through LEADS, I learned SMITH was currently on parole. I asked SMITH if had ever been arrested, and he said for disorderly conduct. I went back to my car and checked SMITH through the Cuyahoga County Clerk of Courts website, and learned SMITH had multiple convictions of drugs, guns, and violent crimes.

Due to SMITH criminal history, my suspicions of him being involved in drug activity, SMITH being deceitful in his answers, specifically when asked if he had ever been arrested SMITH said, "for a probation violation". I asked what was the violation and SMITH said, "I didn`t go see my probation officer.". SMITH maintained eye contact with me during our conversation until I began asking him if he was in possession of illegal contraband, at which time he would look away as he answered, and to eliminate the risk of SMITH gaining access to a firearm, I asked SMITH to exit the vehicle to finish the traffic stop.

When I asked SMITH to exit the vehicle, he refused. I then advised SMITH if he chose not to exit the vehicle, I would remove him. PTL IVANOVIC then requested PTL RUSSELL to come to the traffic stop and block the front end of the Dodge. Prior to PTL RUSSELL`s arrival, SMITH said, "Fuck This!", and accelerated S/B away from the traffic stop.

**REPORTING OFFICER NARRATIVE**

Lakewood Police Department

Victim
*Society*

Offense
*TRAFFICKING IN DRUGS*

OCA
*23-003654*

Date / Time Reported
*Mon 10/30/2023 04:36*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

SMITH rapidly accelerated S/B on Coutant Avenue, he drove through the stop sign at Davis Court. SMITH then drove over the tree lawn and into the lawn of 1462 Coutant Ave to avoid PTL RUSSELL`s patrol car. PTL IVANOVIC and I initiated our overhead lights and pursued the Dodge S/B on Coutant Avenue. SMITH then turned E/B onto Franklin Blvd, from Coutant Ave and failed to stop for the stop sign.

SMITH continued E/B across W 117th as he failed to stop for the solid red light at W117th/Franklin. Traffic was light and my speed was approximately 50mph as I crossed W117th Street. SMITH then continued on Franklin Blvd at W 110th Street, which was a dead ended at W 107th Street. Once SMITH reached the end of W107th Street, he attempted to turn the Dodge around by driving onto the sidewalk. To keep SMITH from fleeing in the vehicle, I positioned my patrol car at the rear passenger side quarter panel to keep SMITH from reversing the vehicle.

I exited my patrol car and drew my duty handgun, then ordered SMITH not to move. SMITH crawled over the center console and front passenger seat, then dove out of the front passenger window, and began crawling north bound. Once I came around my patrol car and the Dodge, I no longer had a visual of SMITH. I went back to the Dodge and on the front passenger seat, I observed a black Glock 27 .40 caliber semi-auto handgun (BUWL387) with an extended magazine in plain view.

SGT LAVELLE, INV MAURER, PTL DULIK, PTL RUSSELL, PTL COOPER, and PTL JOHNSON established a perimeter in the area.

PTL IVANOVIC, PTL RUSSELL, and SGT LAVELLE began to check yards in the area of the termination point, 1476 W 107th Street. While looking for SMITH, PTL IVANOVIC found a size 13 men`s Nike tennis shoe in the middle of the W 107th St. See PTL IVANOVIC`s supplement for further information.

The perimeter was later broken down, and SMITH was not located.

Prior to Kufner Towing arrival, I inventoried the vehicle. On the driver`s seat I found 3 crumbled $50 dollar bills. Tucked between the front driver`s seat and the center console, I found a green Crown Royal bag. Inside the green Crown Royal bag, I found a small digital scale, 1 plastic baggie with a white rock like substance, 1 plastic baggie with a brownish semi-fine powder substance, and a folded lottery ticket.

Based on my training and experience, I suspected the white rock like substance to be crack-cocaine, and the brownish powder substance to be heroin.

On the middle bench seat, I found a black ski mask, and a pair of black gloves. On the front passenger`s seat, I found the Glock handgun, 4 cellphones, and SMITH`s wallet. The handgun had an extended magazine filled with 21 .40 caliber rounds, and had 1 round in the chamber. The handgun checked NIF through LEADS.

I photographed the evidence collected on scene, and later I uploaded the photographs into Evidence.com.

The suspected crack-cocaine, suspected heroin, digital scale, lottery ticket, (3) 50.00 dollar bills, handgun, 4 cellphones, ski mask, gloves, Crown Royal bag, and SMITH`s wallet and keys were secured in the front of patrol car 217 as evidence. I transported the evidence LPD where I photographed it, and weighed the suspected narcotics, and PTL IVANOVIC tagged and secured it in LPD`s secured property room.

The suspected crack-cocaine weighed 19.36 grams, and the suspected heroin weighed 10.24 grams. Neither drug was field tested in the property room.

Based on my training and experience, I recognized the digital scale, paper fold, the (4) cell phones, and the 150.00

# REPORTING OFFICER NARRATIVE

*Lakewood Police Department*

| Victim | Offense | Date / Time Reported |
|---|---|---|
| Society | TRAFFICKING IN DRUGS | Mon 10/30/2023 04:36 |

OCA: 23-003654

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

dollars in cash to be tools commonly used in the weighing, packaging, coordinating, and the selling of street level narcotics.

All four SMITH`s cellphones and 150.00 in cash were confiscated and secured as evidence, due to them being suspected of being used in the sale of narcotics.

Kufner Towing towed the vehicle.

After reviewing my BWC and looking at various photos of SMITH, I determined SMITH was the driver.

SMITH has a CCH, FBI# ███████ and BCI# ███████, and he has prior arrest for Breaking and Entering, Aggravated Robbery, Drug Trafficking, Drug Possession, Obstructing Justice, Aggravated Menacing, Having Weapons While Under Disability, CCW, Improper Weapons handling, and Escape.

Due to IBR errors I was not able to add Failure to Comply with Order or Signal of Police Officer to the offense list.

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| SMITH, MITCHIRAL D | | [redacted] |

| Business Address |
|---|
| UNKNOWN, UNKNOWN |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | B | M | N | 600 | 270 | BLK | BRO | | [redacted] OH |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | [redacted] |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

| Notes | Physical Char |
|---|---|
| | |

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| SMITH, MITCHIRAL | | [redacted] |

| Business Address |
|---|
| UNKNOWN |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | B | M | N | 600 | 270 | BLK | BRO | | [redacted] |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | [redacted] |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

| Notes | Physical Char |
|---|---|
| | |

| 1 | VehYr/Make/Model | | Style | Color | Lic/Lis | | VIN | |
|---|---|---|---|---|---|---|---|---|
| | *2023 DODG, Durango* | | *SW* | *GRAY* | *KBF3613 OH 2024* | | *1C4RDJDG6PC597186* | |
| | IBR Status | | Date | Location | | | | |
| | *Unknown/ Other* | | *10/30/2023* | *11816 S LANE DR, LAKEWOOD OH* | | | | |
| | Condition | | Value | Offense Code | Jurisdiction | | State # | NIC # |
| | | | *$0.00* | *35A* | *Locally* | | | |
| | Name (Last, First, Middle) | | | Also Known As | | | Home Address | |
| | *Pv Holdings Corp,* | | | | | | *18923 MAPLEWOOD AVE CLEVELAND, OH 44129* | |
| | Business Address | | | | | | | |
| | DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features | |
| | / / | | | | | | | |

Notes

### 1

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| "CRACK" COCAINE | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 19.360 | GM | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 10/30/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| SMITH, MITCHIRAL D | ▮▮▮ | ▮ | B | M |

Notes

### 2

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| HEROIN | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 10.240 | GM | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 10/30/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| SMITH, MITCHIRAL D | ▮▮▮ | ▮ | B | M |

Notes

### 3

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| DRUG/NARCOTIC EQUIPMENT | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Seized | 10/30/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| SMITH, MITCHIRAL D | ▮▮▮ | ▮ | B | M |

Notes

### 4

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| FIREARMS | | GLOCK | G27 | 40 |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| Black | BUWL387 | $0.00 | 1.000 | | Locally |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| Evidence | 10/30/2023 | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| SMITH, MITCHIRAL D | ▮▮▮ | ▮ | B | M |

Notes

*Lakewood Police Department*

OCA: **23003654**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OPEN | **Case Mng Status:** OPEN / INVESTIGATION... | **Occurred:** 10/30/2023 |
| **Offense:** TRAFFICKING IN DRUGS | | |

| | | |
|---|---|---|
| **Investigator:** IVANOVIC, N. E. (1163) | **Date / Time:** 10/30/2023 07:15:19, Monday |
| **Supervisor:** LAVELLE, R. A. (1117) | **Supervisor Review Date / Time:** 11/02/2023 00:24:27, Thursday |
| **Contact:** | **Reference:** Patrol Supplement |

On 10/30/2023, at 0436 hours, I assisted PO Billman on a traffic stop on Coutant Ave. just South of Detroit Ave. I was in vehicle 203.

PO Billman had stopped a Dodge Durango, with license plate KBF3613, the driver was identified as OF/ MITCHIRAL SMITH.

During PO Billman`s interaction with SMITH, I took a position at the front passenger side window of the vehicle. I heard PO Billman ask SMITH if he had any weapons in the vehicle, SMITH told PO Billman that he did not. I did not see any weapons inside of the vehicle.

After SMITH fled from the traffic stop inside of his vehicle, I followed PO Billman in a pursuit to apprehend SMITH. I breifly lost sight of PO Billman and SMITH. I caught up to them at Franklin Ave. and W 107th St.

I observed that both vehicles were stationary, and that SMITH`s vehicle had appeared to have driven into a guard rail. SMITH`s vehicle also appeared to be unoccupied.

After I exited my vehicle, I approached the Durango that SMITH had been driving and observed a handgun in plain sight on the front passenger seat. I also observed a size thirteen men`s Nike tennis shoe on W 107th St. that I believed belonged to SMITH. The shoe was in the middle of the street and it appeared that SMITH had run out of it.

Prior to leaving the scene, I confiscated the shoe as evidence and transported it back to LPD.

While in the evidence room, I tagged the property that PO Billman had seized from the Durango. During this process I swabbed a Glock 27, an extended magazine for the Glock, and the bullet that had been inside of the chamber. I used both a dry and wet swab on each item, and wore a mask and gloves while doing so.

All of the property was submitted into an evidence locker. PO Billman took photos of the property and uploaded it to Evidence.com.

For further information regarding the seized property please see the BEAST sheet and PO Billman`s report.

Investigator Signature   Supervisor Signature

*Lakewood Police Department*

OCA: **23003654**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** OPEN | **Case Mng Status:** *OPEN / INVESTIGATION...* | **Occurred:** *10/30/2023* |
| **Offense:** *TRAFFICKING IN DRUGS* | | |

| | | |
|---|---|---|
| **Investigator:** *SUSNIK, B. N. (1139)* | **Date / Time:** | *10/30/2023 15:37:45, Monday* |
| **Supervisor:** *SMYKOWSKI, D. R. (3076)* | **Supervisor Review Date / Time:** | *10/30/2023 17:11:40, Monday* |
| **Contact:** | **Reference:** | *Patrol Supplement* |

On 10/30/2023, at 1000 hours, IO/CASSIE SCAGGS came to the LPD front counter. SCAGGS` ring cameras caught the SUSPECT running through her yard this morning. See PO BILLMAN`s report for further. SCAGGS provided me with six videos which I uploaded to Evidence.com.

Investigator Signature

Supervisor Signature

*Lakewood Police Department*

OCA: **23003654**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN*    **Case Mng Status:** *OPEN / INVESTIGATION...*    **Occurred:** *10/30/2023*
**Offense:** *TRAFFICKING IN DRUGS*

**Investigator:** *ROMANELLO, G. L. (1096)*    **Date / Time:** *11/02/2023 12:48:04, Thursday*
**Supervisor:** *GANNON, E. D. (1048)*    **Supervisor Review Date / Time:** *11/03/2023 14:34:31, Friday*
**Contact:**    **Reference:** *Detective Bureau Supplement*

On 11-2-23, I contacted MITCHIRAL SMITH`s Parole Officer GAUER and informed him of the investigation. Parole Officer GAUER informed and provided me with a detention order to detain SMITH if LPD comes into contact with him. Parole Officer GAUER stated that a parole violation warrant would be issued shortly.

I test fired the Glock 27 that was located in the vehicle SMITH was driving and it was operable. The drugs and casings from the test fire were submitted into the portal to be sent to CCRSFL.

**Government Exhibit 2**
**(Bodycam Video – Filed Manually)**

**Government Exhibit 3**
**(Dashcam Video – Filed Manually)**